UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AVERILL TUPOU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC,<br><br>Defendant. | CASE NO. 2:19-cv-0982 JCC JRC<br><br>ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

This matter is before the Court on defendant's Motion for Extension of Time to File Answer. Dkt. 5. Plaintiff has not opposed defendant's motion. *See* Local Rules W.D. Wash. LCR 7(b)(2).

Defendant's motion for extension (Dkt. 5) is hereby GRANTED. The Clerk of the Court is directed to note **August 13, 2019** as the due date for defendant's answer to plaintiff's complaint.

Dated this 6th day of August, 2019.

J. Richard Creatura
United States Magistrate Judge