UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AVERILL TUPOU,<br><br>                Plaintiff,<br><br>    v.<br><br>JEFFERSON CAPITAL SYSTEMS LLC,<br><br>                Defendant. | CASE NO. 2:19-cv-0982 JCC-JRC<br><br>ORDER TO SHOW CAUSE |

    This matter has been referred to the undersigned pursuant to General Order 01-19 and 28 U.S.C. § 636(b) and (c). On August 5, 2019, this Court issued an Order Regarding Initial Disclosures, Joint Status Report and Early Settlement, stating that the parties shall submit a Joint Status Report by September 16, 2019. *See* Dkt. 9.

    On September 16, 2019—the date the Joint Status Report was due—the parties sent an email to this Court's orders email address stating that the parties had been engaged in settlement negotiations and hoped to resolve this matter without any additional activity. The parties requested an extension of time—until September 23, 2019—to file the joint status report. As of the date of this order—October 2, 2019—there has been no activity in this case.

1       The parties are hereby ODERED to show cause why a joint status report has not been submitted or submit a joint status report within five business days of the date of this order. Any further requests directed towards this Court shall be made by motion filed with the clerk in accordance with LCR 7.

      Dated this 2nd day of October, 2019.

J. Richard Creatura
United States Magistrate Judge